### 11652.   ELLIS *v.* THE STATE.

LUKE, J. The bill of exceptions, not having been tendered within twenty days of the judgment complained of, must be and is
            *Dismissed. Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED JULY 28, 1920.

Indictment for sale of liquor; from Bulloch superior court— Judge Lovett. May 5, 1920.

*Anderson & Jones,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.